## United States Bankruptcy Court
### Northern District of Iowa

In re: Brett Michael Arensdorf
      Pamela Kay Arensdorf
                             Debtor(s)

Case No.
Chapter    7

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Brett Michael Arensdorf__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, __Pamela Kay Arensdorf__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

    Number of advices attached:
    Period covered by advices:
    Number of Employers providing advices:

Date December 9, 2019             Signature /s/ Brett Michael Arensdorf
                                            Brett Michael Arensdorf
                                            Debtor

Date December 9, 2019             Signature /s/ Pamela Kay Arensdorf
                                            Pamela Kay Arensdorf
                                            Joint Debtor

*HY-VEE, INC.*
*5820 WESTOWN PARKWAY*
*WEST DES MOINES, IOWA 50266*
*(515) 267-2800*

*PAMELA K ARENSDORF*
*2271 CHANEY RD APT 2*
*DUBUQUE IA 52001*

Deposit Date: 12/6/2019
Deposit Number: 2537613

$487.58 was direct deposited in Account Number xxxxxxxxxxxx6786

| | | |
|---|---|---|
| EMPLOYEE ID: | 775836 | |
| YEAR-TO-DATE GROSS WAGE: | $14,779.59 | |
| W2 YEAR-TO-DATE TAXABLE WAGE | $13,981.85 | |
| ACCUMULATED 401(k) VESTING HOURS: | 255.9 | |
| YEAR-TO-DATE VACATION HOURS PAID | 0.0 | |

| | |
|---|---|
| EMPLOYEE NAME: | ARENSDORF, PAMELA, K |
| LOCATION: | 01162-01 DUBUQUE #3 |
| PERIOD ENDING: | 12/1/2019 |
| CURRENT WAGE: | $10.55 PER HOUR |
| TAX STATUS | FED=S    ST=S |
| ALLOWANCE: | FED=00   ST=00 |

HOURS PER PAY PERIOD (week ending)

| EARNINGS | 11/24 | 12/01 | AMOUNT |
|---|---|---|---|
| REGULAR | 28.7 | 32.3 | $643.56 |
| | | | $643.56 |

| DEDUCTIONS | AMOUNT | YTD |
|---|---|---|
| 401(K) | $45.04 | $797.74 |
| | $45.04 | |

Click Here To View Deduction Types

| TAXES | AMOUNT | YTD |
|---|---|---|
| FED TAX | $46.82 | $1,066.93 |
| SOC.SEC. | $39.90 | $916.33 |
| MEDCARE | $9.33 | $214.30 |
| IA STATE | $14.89 | $341.37 |
| | $110.94 | |

PAYSTUB SUMMARY

| | |
|---|---|
| TOTAL EARNINGS | $643.56 |
| TOTAL TAXES | $110.94 |
| TOTAL DEDUCTIONS | $45.04 |
| NET PAY | $487.58 |

*HY-VEE, INC.*
*5820 WESTOWN PARKWAY*
*WEST DES MOINES, IOWA 50266*
*(515) 267-2800*

PAMELA K ARENSDORF
2271 CHANEY RD APT 2
DUBUQUE IA  52001

Deposit Date: 11/22/2019
Deposit Number: 2483346

$472.89 was direct deposited in
Account Number xxxxxxxxxxxx6786

EMPLOYEE ID: 775836
YEAR-TO-DATE GROSS WAGE: $14,136.03
W2 YEAR-TO-DATE TAXABLE WAGE: $13,383.33
ACCUMULATED 401(k) VESTING HOURS: 194.9
YEAR-TO-DATE VACATION HOURS PAID: 0.0

EMPLOYEE NAME: ARENSDORF, PAMELA, K
LOCATION: 01162-01 DUBUQUE #3
PERIOD ENDING: 11/17/2019
CURRENT WAGE: $10.55 PER HOUR
TAX STATUS: FED=S    ST=S
ALLOWANCE: FED=00    ST=00

HOURS PER PAY PERIOD (week ending)

| EARNINGS | 11/10 | 11/17 | | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 28.6 | 30.4 | | | | | | | | | $622.45 |
| | | | | | | | | | | | $622.45 |

| DEDUCTIONS | AMOUNT | YTD |
|---|---|---|
| 401(K) | $43.57 | $752.70 |
| | $43.57 | |

Click Here To View Deduction Types

| TAXES | AMOUNT | YTD |
|---|---|---|
| FED TAX | $44.46 | $1,020.11 |
| SOC.SEC. | $38.59 | $876.43 |
| MEDCARE | $9.02 | $204.97 |
| IA STATE | $13.92 | $326.48 |
| | $105.99 | |

| PAYSTUB SUMMARY | |
|---|---|
| TOTAL EARNINGS | $622.45 |
| TOTAL TAXES | $105.99 |
| TOTAL DEDUCTIONS | $43.57 |
| NET PAY | $472.89 |

**HY-VEE, INC.**
5820 WESTOWN PARKWAY
WEST DES MOINES, IOWA 50266
(515) 267-2800

PAMELA K ARENSDORF
2271 CHANEY RD APT 2
DUBUQUE IA  52001

Deposit Date: 11/8/2019
Deposit Number: 2429666

$461.71 was direct deposited in Account Number xxxxxxxxxxxx6786

EMPLOYEE ID: 775836
YEAR-TO-DATE GROSS WAGE: $13,513.58
W2 YEAR-TO-DATE TAXABLE WAGE: $12,804.45
ACCUMULATED 401(k) VESTING HOURS: 135.9
YEAR-TO-DATE VACATION HOURS PAID: 0.0

EMPLOYEE NAME: ARENSDORF, PAMELA, K
LOCATION: 01162-01 DUBUQUE #3
PERIOD ENDING: 11/3/2019
CURRENT WAGE: $10.55 PER HOUR
TAX STATUS  FED=S        ST=S
ALLOWANCE:  FED=00       ST=00

HOURS PER PAY PERIOD (week ending)

| EARNINGS | 10/27 | 11/03 | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 24.5 | 33.1 | | | | | | | $607.69 |
| | | | | | | | | | $607.69 |

| DEDUCTIONS | AMOUNT | YTD |
|---|---|---|
| 401(K) | $42.53 | $709.13 |
| | $42.53 | |

Click Here To View Deduction Types

| TAXES | AMOUNT | YTD |
|---|---|---|
| FED TAX | $43.21 | $975.65 |
| SOC.SEC. | $37.67 | $837.84 |
| MEDCARE | $8.81 | $195.95 |
| IA STATE | $13.76 | $312.56 |
| | $103.45 | |

**PAYSTUB SUMMARY**

| | |
|---|---|
| TOTAL EARNINGS | $607.69 |
| TOTAL TAXES | $103.45 |
| TOTAL DEDUCTIONS | $42.53 |
| NET PAY | $461.71 |

OPEN ENROLLMENT FOR THE 2020 BENEFIT PLAN AND TAX SAVING PLAN IS OPEN UNTIL NOVEMBER 15TH.  PLEASE SEE THE REMINDER POSTER ON THE 'FOR YOUR BENEFIT' BULLETIN BOARD.

**HY-VEE, INC.**
**5820 WESTOWN PARKWAY**
**WEST DES MOINES, IOWA 50266**
**(515) 267-2800**

PAMELA K ARENSDORF
2271 CHANEY RD APT 2
DUBUQUE IA  52001

Deposit Date: 10/25/2019
Deposit Number: 2376614

$444.66 was direct deposited in Account Number xxxxxxxxxxxx6786

EMPLOYEE ID: 775836
EMPLOYEE NAME: ARENSDORF, PAMELA, K
LOCATION: 01162-01 DUBUQUE #3
YEAR-TO-DATE GROSS WAGE: $12,905.89
PERIOD ENDING: 10/20/2019
W2 YEAR-TO-DATE TAXABLE WAGE $12,239.29
CURRENT WAGE: $10.55 PER HOUR
ACCUMULATED 401(k) VESTING HOURS: 78.3
TAX STATUS  FED=S    ST=S
YEAR-TO-DATE VACATION HOURS PAID 0.0
ALLOWANCE: FED=00    ST=00

HOURS PER PAY PERIOD (week ending)

| EARNINGS | 10/13 | 10/20 | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 26.4 | 28.8 | | | | | | | | $582.36 |
| | | | | | | | | | | $582.36 |

| DEDUCTIONS | AMOUNT | YTD |
|---|---|---|
| 401(K) | $40.75 | $666.60 |
| | $40.75 | |

Click Here To View Deduction Types

| TAXES | AMOUNT | YTD |
|---|---|---|
| FED TAX | $40.01 | $932.44 |
| SOC.SEC. | $36.11 | $800.17 |
| MEDCARE | $8.45 | $187.14 |
| IA STATE | $12.38 | $298.80 |
| | $96.95 | |

**PAYSTUB SUMMARY**

| TOTAL EARNINGS | $582.36 |
|---|---|
| TOTAL TAXES | $96.95 |
| TOTAL DEDUCTIONS | $40.75 |
| NET PAY | $444.66 |