Certificate Number: 15317-IAN-DE-033916412

Bankruptcy Case Number: 19-01720



15317-IAN-DE-033916412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 7, 2020</u>, at <u>7:40</u> o'clock <u>AM PST</u>, <u>Brett M Arensdorf</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Iowa</u>.

Date:   <u>January 7, 2020</u>          By:   <u>/s/Eunice Francia</u>

                                      Name:  <u>Eunice Francia</u>

                                      Title: <u>Counselor</u>