Certificate Number: 15317-IAN-DE-033916414

Bankruptcy Case Number: 19-01720



15317-IAN-DE-033916414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2020, at 7:40 o'clock AM PST, Pamela Arensdorf completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date: January 7, 2020

By: /s/Eunice Francia

Name: Eunice Francia

Title: Counselor