IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>Brett Michael Arensdorf<br>Pamela Kay Arensdorf<br><br><br>Debtor(s). | Chapter 7 Bankruptcy<br>Case No. 19-01720<br><br>**ORDER** |
|---|---|

The matter before the Court is the Trustee's Motion to Extend Time to Object to Exemption. Pursuant to Local Rule 4003-(1)(c) the Trustee, and only the Trustee, is granted through and including March 6, 2020 to object to any exemptions claimed by the Debtor.

DATED AND ENTERED:

January 21, 2020

Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Stephen B. Larson AT0014154
Attorney for Trustee

RHTE Arensdorf Order to Extend Time to Obj to Exemptions.011720.1018.sbl